NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD L. WEBB,                          )
                                         )
                Appellant,               )
                                         )
v.                                       )         Case No. 2D18-438
                                         )
STATE OF FLORIDA,                        )
                                         )
                Appellee.                )
_____)

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

Edward L. Webb, pro se.


PER CURIAM.

Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Hoover v. State, 530 So. 2d 308 (Fla. 1988); DuBoise v. State, 520 So. 2d 260 (Fla. 1988); State v. King, 426 So. 2d 12 (Fla. 1982); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); Haynes v. State, 106 So. 3d 481 (Fla. 5th DCA 2013); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA 2002); Paul v. State, 830

So. 2d 953 (Fla. 5th DCA 2002); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001);

Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).

CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.